## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### Case No. 4:25-cv-00147-RH-MAF

STRIKE 3 HOLDINGS, LLC, a limited liability
company,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP address
73.19.144.96  an individual,

      Defendant.

_____

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings,

LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber

assigned IP address 73.19.144.96, are voluntarily dismissed with prejudice.


Dated: May 27, 2025                  Respectfully submitted,

                                     By:  _/s/ Christian W. Waugh_
                                     Christian W. Waugh
                                     Waugh PLLC
                                     201 E. Pine Street
                                     Suite 315
                                     Orlando, FL 32801
                                     321-800-6008
                                     Email: cwaugh@waugh.legal